UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____
                                    :
AMB MOTORS, INC.                    :    Honorable Madeline Cox Arleo
                                    :    Civil Action No. 10-6566 (SDW)
       Plaintiff,                   :
                                    :
       v.                           :    **REPORT AND RECOMMENDATION**
                                    :
UNIVERSAL UNDERWRITERS              :
INSURANCE, INC., et al.,            :
                                    :
       Defendants.                  :
_____ :

**THIS MATTER** having come before the Court upon the motion of defendant, Juana Quinones ("Quinones") to remand the pending action to state court (Dkt. Entry 8), and the Court having considered the papers submitted in support of and in opposition to the remand motion and having heard the argument of the parties, and for the reasons set forth on the record on February 28, 2011, and for good cause shown;

**IT IS on this 28th day of February 2011,**

**RECOMMENDED THAT** Quinones' motion to remand this action to the Superior Court of New Jersey, Law Division, Essex County, (Dkt. Entry 8), be **GRANTED**.

The parties have fourteen (14) days from the date hereof to file objections.

                                         *s/Madeline Cox Arleo*
                                         MADELINE COX ARLEO
                                         United States Magistrate Judge

cc:    Hon. Susan D. Wigenton, U.S.D.J.
       Clerk of the Court
       All Parties
       File