UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMB MOTORS, INC., | Civil Action No. 10-6566 (SDW) |
| Plaintiff, | |
| v. | **ORDER** |
| UNIVERSAL UNDERWRITERS INSURANCE, INC., et al., | |
| | March 29, 2011 |
| Defendants. | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline C. Arleo filed February 28, 2011, regarding the motion to remand of Defendant Juana Quinones to the Superior Court of New Jersey, Law Division, Essex County. No objections to the R&R were filed.

The Court has reviewed the R&R and the briefs and documents on file in this matter. Based on the foregoing, and for good cause shown,

IT IS, on this 29th day of March, 2011,

**ORDERED** that the R&R of Magistrate Judge Arleo filed February 28, 2011, is **ADOPTED** by this Court; and it is further

**ORDERED** that Defendant Quinones's motion seeking to remand the pending matter is **GRANTED**.

s/ Susan D. Wigenton, U.S.D.J.

cc:   Magistrate Judge Madeline C. Arleo